UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESSICA MORALES, ET AL., | No. C 13-4996 LB |
| Plaintiff, | **ORDER RESCHEDULING HEARING TO MARCH 6, 2014 AND DIRECTING SERVICE OF PROCESS** |
| v. | |
| VON CURTIS, ET AL., | |
| Defendants. | |

Plaintiff filed this lawsuit on October 25, 2013. See ECF No. 1. The Complaint (Doc. No. 1) has not yet been served on any of the defendants. The 120-day period to serve them expires on February 24, 2014 (because the exact date falls on a weekend). See Fed.R.Civ.P.4(m).

Under the circumstances, the court vacates the January 30, 2014 Case Management hearing and re-sets it to **March 6, 2014** at **11:00 a.m.** Plaintiff is directed to serve Defendants by February 24, 2014 and file a proof of service by February 27, 2014 or risk dismissal of Defendant under Federal Rule Civil Procedure 4(m). The case management conference may be continued by stipulation thereafter.

**IT IS SO ORDERED.**

Dated: January 9, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-04996 LB
ORDER