UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSICA MORALES, BERENISA CORTES PALOMINOS, DYLAN THOMAS, and FRANCES HANDCOCK, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VON CURTIS, INC., a corporation; P.M. ADVANCED EDUCATION INC., a corporation; PAUL MITCHELL ADVANCED EDUCATION LLC, a corporation; JOHN PAUL MITCHELL SYSTEMS, a corporation; PMNV LAS VEGAS, LLC, a corporation; PMCA BAKERSFIELD, LLC, a corporation; PMHBW LLC, a corporation; PAUL MANTEA, an individual; D'ANN EVANS, an individual; ANN MARIE SAFADI, an individual; WINN CLAYBAUGH, an individual; JOHN PAUL DEJORIA collectively dba "PAUL MITCHELL THE SCHOOL"; and DOES 1 THROUGH 100,<br><br>Defendants. | Case No: C 13-4996 SBA<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Dkt. 27 |

Plaintiffs have filed a First Amended Complaint within 21 days of Defendants' filing of their motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). Accordingly,

IT IS HEREBY ORDERED THAT Defendants' motion to dismiss (Dkt. 27) is DENIED as moot.

IT IS SO ORDERED.

Dated: May __5__, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge